UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NUMBER:_____

**FILED ELECTRONICALLY**

| | |
|---|---|
| MARY TATE | PLAINTIFF |
| VS. | |
| JAMIA DETRICK | DEFENDANT |

NOTICE OF REMOVAL

Comes the Defendant, Jamia Detrick by counsel, and pursuant to 28 U.S.C. § 1332 (a), § 1441 and § 1446 provides notice of removal of the above-styled action. Grounds for removal are as follows:

1. This litigation filed in the Madison Circuit Court under Civil Action No. 20-CI-00628 arises from an accident that occurred on December 27, 2019 in the parking lot of Steak-N-Shake in Richmond, Kentucky. Plaintiff alleges she fell upon oil which had leaked from the Defendant's vehicle and was injured as a result. In response to discovery requests served on May 6, 2021 in the Madison Circuit Court, Plaintiff stated her damages exceed $75,000.00.

2. Copies of all process, pleadings, and orders served upon the Defendant in this action are attached.

3. The Plaintiff, Mary Tate is a citizen of State of Ohio.

4. The Defendant, Jamia Detrick, an individual, is a citizen of the State of Tennessee.

5. This action is properly removal and pursuant 28 U.S.C. §1332, the United States District Court has jurisdiction over this civil action in that there is complete diversity of citizenship and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

6. The alleged loss which is the subject of this civil action occurred in Madison County, Kentucky. Accordingly, the United States District Court for the Eastern District of Kentucky, Lexington Division, is the proper venue for removal.

7. Pursuant to 28 U.S.C. § 1446 (b) (3) this Notice of Removal has been filed within thirty days after service upon the Defendant. Plaintiff's Answers to Interrogatories served on May 6, 2021 setting forth the amount in controversy.

8. The Defendant also has provided written notice of removal of this action by service upon the Plaintiff through her counsel of record.

9. The Defendant also has filed a written notice of removal with the clerk of the Madison Circuit Court.

WHEREFORE, the Defendant requests that this action be removed to the United States District Court, Eastern District of Kentucky, Lexington Division.

Respectfully submitted,

Brown & Breeding
P. O. Drawer 490
London, KY  40743-0490
Telephone: (606) 878-7640
Facsimile:  (606) 878-2364
Email:  mlbrown@brownandbreeding.com

BY:    /s/ Martha L. Brown
Counsel for the Defendant, Jamia Detrick

**CERTIFICATE OF SERVICE:**

I hereby certify that the original forgoing document has been submitted electronically on this 11th day of May, 2021.

s/Martha L. Brown